# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Finis Person, | No. CV-23-00094-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Vivant Behavioral Healthcare LLC, | |
| Defendant. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 28).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own fees and costs.

Dated this 26th day of October, 2023.

Dominic W. Lanza
United States District Judge